ACCEPTED
02-17-00039-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/14/2017 11:07 AM
DEBRA SPISAK
CLERK

# IN THE COURT OF APPEALS

## SECOND JUDICIAL DISTRICT OF TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/14/2017 11:07:09 AM
DEBRA SPISAK
Clerk

## AT FORT WORTH

| | | |
|---|---|---|
| ROSA MARIA ORTEGA, | § | |
| Appellant | § | |
| | § | |
| v. | § | NO. 02-17-00039-C |
| | § | |
| THE STATE OF TEXAS, | § | |
| Appellee | § | |

_____

## APPELLEE'S REFILED UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME WITH BRIEF IN SUPPORT

_____

### TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, the State of Texas and files this, the State's Refiled[1] Second Motion for an Extension of Time with Brief in Support and respectfully shows the following:

### I.

---

[1] Appellee initially filed a second motion for an extension of time, which was returned for failure to comply with Local Rule 3(c), which mandates that a party seeking an extension of time in a criminal case state whether the defendant is incarcerated. This Court granted Appellee until December 14, 2017, to refile the motion.

1

Appellant, Rosa Maria Ortega, filed her brief on October 11, 2017. Appellee's brief was originally due Friday, November 10, 2017. After receiving a thirty-one day extension from this Court, Appellee's brief is now due on Monday, December 11, 2017.

## II.

Appellee is asking for a thirty-day extension making the new deadline **Wednesday, January 10, 2018**. This is appellee's second extension.

## III.

Despite receiving an initial thirty-one-day extension, the undersigned attorney notes that he has filed five briefs in federal district court over the last thirty days. During this period, the undersigned has submitted responses in *Hass v. Davis*, Civil Action No. 4:17cv68, *Green v. Davis*, Civil Action No. 4:17-cv-00778, *McLemore v. Davis*, Civil Action No. 3:17-CV-2132, *Akin v. Davis*, Civil Action No. 4:17cv513, *Jones v. Davis*, Civil Action No. W-17-CA-243. In addition, the Director has six responses due in the next thirty days. Moreover, the undersigned's office was closed November 22, 2017, November 23, 2017, and November 24, 2017, in observance of Thanksgiving.

The undersigned believes that Appellant is not incarcerated, as she is currently released pursuant to an appellate bond, as reflected in the

Clerk's Record. CR 369–370. The undersigned has no reason to believe that her appellate bond has been revoked.

This is Appellee's second request for an extension of time in this cause and it is not designed to harass Appellant, nor to unnecessarily delay these proceedings, but to ensure that Appellant's points of error are properly addressed.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully prays that this motion be granted extending the deadline for the filing of appellee's brief to **Wednesday, January 10, 2018.**

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

JEFF MATEER
First Assistant Attorney General

ADRIENNE MCFARLAND
Deputy Attorney General
For Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

Ali M. Nasser

*Lead Counsel

ALI M. NASSER*
Assistant Attorney General
State Bar No. 24098169

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Mr. David Pearson prior to the filing of this motion, and he indicated that he did not oppose the extension.

Ali M. Nasser
ALI M. NASSER
Assistant Attorney General
State Bar No. 24098169

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading has been served on counsel of record on December 14, 2017, to Mr. David Pearson, via electronic mail.

ALI M. Nasser
Assistant Attorney General
State Bar No. 24098169

4